# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL STEPHENS, | CV F   04 6717 AWI SMS P |
| Plaintiff, | |
| v. | ORDER DISREGARDING "EX PARTE MOTION FOR LIBERAL CONSTRUCTION AND INTERPRETATION" (Doc.  9.) |
| CASTRO, et. al., | |
| Defendants. | |

Ladell Stephens  ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 24, 2005, plaintiff filed a pleading titled "Motion for Liberal Construction and Interpretation Upon Complaint, Motions, and et.  cetera submitted during and throughout pendency of action by Ladell Stephens."   Plaintiff requests and cites to authority which requires the Courts not to hold pro se litigants to the standard imposed on attorneys.

The Court will DISREGARD plaintiff's Motion.  It is unnecessary for plaintiff to file a Motion requesting the Court to apply the relevant law to his case.  The Court has hundreds of

cases similar to this and being litigated by individuals with no legal training.  Plaintiff can rest assured that the Court will review his papers according to the applicable law and should note that the filing of unnecessary motions may serve only to divert the Court's attention away from the merits of one's case.

    Accordingly, the "Motion for Liberal Construction" is DISREGARDED.

IT IS SO ORDERED.

**Dated:   April 25, 2005**            /s/ Sandra M. Snyder
icido3                                                        UNITED STATES MAGISTRATE JUDGE