# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL STEPHENS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CASTRO, et. al.,<br><br>　　　　Defendants.<br>_____ / | CV F   04 6717 AWI SMS P<br><br>FINDINGS AND RECOMMENDATIONS TO DENY MOTION FOR SUMMARY JUDGMENT (Doc. 17.) |

　　　　Ladell Stephens ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On July 13, 2005, Plaintiff filed a Motion to Compel Discovery.  The Court denied Plaintiff's Motion to Compel on July 14, 2005, and referred Plaintiff to the Court's informational order issued on February 24, 2005, that described various requirements and procedures that will occur during the course of the instant proceedings.

　　　　In that Order, Plaintiff was informed that the Court must first conduct a preliminary screening of the case to determine whether the complaint states any cognizable claims for relief under 28 U.S.C. § 1915A(a).  Only after the Court has made a preliminary determination that the case can proceed, will the Court direct the Complaint to be served on any defendants.   Thus, until such time as the Court has screened the Complaint and ordered it served, no discovery may be had or responses made by Defendants.

　　　　Despite this information, Plaintiff has filed the instant Motion for Summary Judgment

1

seeking Judgment because Defendants have not filed a Response.  As noted above, no response is required by Defendants until such time as the Court ORDERS the complaint served.  Thus, Plaintiff's Motion for Summary Judgment must be denied.  Plaintiff is forewarned that the filing of unwarranted motions serve only to divert the Court's attention away from its other tasks, like screening of the case.  The Court has hundreds of similar cases filed by litigants such as Plaintiff and thus, there is somewhat of a delay in processing the cases.  Unnecessary Motions again only further delay the process.  Plaintiff is advised to refer to the Court's informational order should he wish to know what will take place in a case such as his.

## RECOMMENDATION

Accordingly, the Court RECOMMENDS that the Motion for Summary Judgment be DENIED as no response is required of Defendants at this time.

The Court HEREBY ORDERS that these Findings and Recommendations be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California.  Within THIRTY (30) days after being served with a copy of these Findings and Recommendations, any party may file written Objections with the Court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Replies to the Objections shall be served and filed within TEN (10) court days (plus three days if served by mail) after service of the Objections.  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  The parties are advised that failure to file Objections within the specified time may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

**Dated:   September 6, 2005**            **/s/ Sandra M. Snyder**
icido3                                    UNITED STATES MAGISTRATE JUDGE