UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL STEPHENS,<br><br>        Plaintiff,<br><br>vs.<br><br>CASTRO, et al.,<br><br>        Defendants.<br>_____/ | 1:04-cv-06717-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 19)<br><br>**ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 17) |

    Plaintiff, Ladell Stephens ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On September 7, 2005, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On September 21, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 <u>de novo</u> review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.   The court is
6 required to screen complaints brought by prisoners seeking relief
7 against a governmental entity or officer or employee of a
8 governmental entity.  28 U.S.C. § 1915A(a).   The court will
9 direct the United States Marshal to serve plaintiff's complaint
10 only after the court has screened the complaint and determined
11 that it contains cognizable claims for relief against the named
12 defendants.   Because the court has not yet screened the
13 complaint, Plaintiff's motion for summary judgment is premature.
14    Accordingly, IT IS HEREBY ORDERED that:
15    1.   The Findings and Recommendations, filed September 7,
16 2005, are ADOPTED IN FULL; and,
17    2.   Plaintiff's motion for summary judgment, filed August
18 12, 2005, is DENIED as no response is required of defendants at
19 this time.
20 IT IS SO ORDERED.
21 **Dated:   December 5, 2005**            /s/ Anthony W. Ishii
0m8i78                              UNITED STATES DISTRICT JUDGE

2