UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LADELL STEPHENS,<br><br>        Plaintiff,<br><br>vs.<br><br>C. CASTRO,<br><br>        Defendant.<br>_____/ | 1:04-cv-06717-AWI-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 21)<br><br>**ORDER REVOKING IN FORMA PAUPERIS STATUS** (Doc. 6), **VACATING ORDER DIRECTING MONTHLY PAYMENTS** (Doc. 7), **AND DISMISSING COMPLAINT** (Doc. 1) |

    Plaintiff, Ladell Stephens ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 12, 2005, the Magistrate Judge filed Findings and Recommendations that recommended Plaintiff's in forma pauperis status be revoked and this action be dismissed pursuant to 28 U.S.C. § 1915(g). The Findings and Recommendations were served on the parties and contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. On October 28, 2005, Plaintiff filed

1

1 objections to the Magistrate Judge's Findings and
2 Recommendations.
3     In accordance with the provisions of 28 U.S.C.§ 636(b)(1)(C)
4 and Local Rule 73-305, this Court has conducted a <u>de novo</u> review
5 of this case.  Having carefully reviewed the entire file, the
6 Court finds the Findings and Recommendations to be supported by
7 the record and by proper analysis.  The objections do not
8 provide a basis to not adopt the Findings and Recommendations.
9     As explained by the Magistrate Judge, 8 U.S.C. § 1915
10 governs proceedings in forma pauperis.  Section 1915(g) provides
11 that:

> In no event shall a prisoner bring a civil action . . .
> under this section if the prisoner has, on 3 or more
> prior occasions, while incarcerated or detained in any
> facility, brought an action or appeal in a court of the
> United States that was dismissed on the grounds that it
> is frivolous, malicious, or fails to state a claim upon
> which relief may be granted, unless the prisoner is
> under imminent danger of serious physical injury.

17 The Magistrate Judge properly recommended the court dismiss this
18 action pursuant to Section 1915(g) because the record shows that
19 Plaintiff has, on three or more prior occasions, brought an
20 action that was dismissed as frivolous, malicious, or for failure
21 to state a claim.  The fact Plaintiff may disagree with the prior
22 findings regarding his prior actions is not grounds to find these
23 actions were not dismissed as frivolous or for failure to state a
24 claim.  The Magistrate Judge correctly concluded that Plaintiff
25 was not under imminent danger of serious physical injury because
26 the documents submitted by the parties shows that Plaintiff
27 recieved some medical care.  Plaintiff's disagreement with
28 prison personel about his course of treatment does not establish

2

an imminent danger of serious physical injury under Section 1915(g).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed October 12, 2005, are ADOPTED IN FULL;

2. Plaintiff's in forma pauperis status is REVOKED;

3. The "Order Directing Monthly Payments" is VACATED; and,

4. This action is DISMISSED, without prejudice, pursuant to Section 1915(g).

IT IS SO ORDERED.

Dated:   **May 29, 2006**            /s/ Anthony W. Ishii
0m8i78                          UNITED STATES DISTRICT JUDGE

3